UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY C SULLIVAN, ET AL., <br> Plaintiffs, <br> v. <br> SII INVESTMENTS, INC., <br> Defendant. | Case No. 18-cv-00666-SI <br><br> **ORDER DIRECTING RESPONSE** <br> Re: Dkt. No. 32 |

The Court is considering plaintiffs' motion for leave to file a motion for partial reconsideration of this Court's Order (Dkt. No. 30) denying plaintiffs' application for a TRO. Among other things, plaintiffs assert in that motion that defendant SII Investment, Inc. has "block[ed] the transfer of accounts" for which plaintiffs' clients have submitted the necessary paperwork to transfer their accounts to plaintiffs' current brokerage firm. Dkt. No. 35 at ¶ 8-10. Plaintiffs allege this block is not industry protocol, that the custodial broker-dealer Pershing refused to process the transfer because the accounts were "blocked" and that SSI has imposed the block. Plaintiffs also allege that when they inquired as to the status of their accounts SII told them "[a]ll your accounts are frozen."

The Court directs defendant to respond in writing on this issue, explaining whether, when and by what authority any such block was imposed. Such response shall be filed no later than March 12, 2018.

**IT IS SO ORDERED**.

Dated: March 8, 2018

_____
SUSAN ILLSTON
United States District Judge