Frank Sommers (State Bar No. 109012)
Andrew Schwartz (State Bar No. 100210)
SOMMERS & SCHWARTZ LLP
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorneys for Plaintiffs
Timothy Sullivan and Frank Cuenca

# THE U.S. DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SULLIVAN AND FRANK CUENCA, Individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>SII INVESTMENTS, INC., a Corporation and DOES 1-20,<br><br>Defendants. | Case No.: 3:18-cv-666<br><br>ORDER (~~Proposed~~) ON<br><br>REQUEST FOR DISMISSAL WITHOUT PREJUDICE |

After considering the Request for Dismissal Without Prejudice filed by plaintiffs, and based on the Court's determination that the claims set out here should forthwith be dealt with in the currently-filed FINRA arbitration between the parties, the Court orders that this matter be and hereby is dismissed without prejudice

Dated: April 6th, 2018

_____
Susan Illston, Judge
U.S. District Court, N.D. CA